UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **ABEL PENA** <br><br> **VS.** <br><br> **AMERICAN ZURICH INSURANCE COMPANY** | C.A. No.: 2:16-cv-00501 |

## PLAINTIFF'S NOTICE OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Abel Pena files this Notice of Dismissal. Because Defendant has yet to answer or file a motion for summary judgment, Plaintiff has the right to voluntarily dismiss his case without a court order. Fed. R. Civ. P. 41(a)(1)(A)(i). After this lawsuit was filed, Defendant informed Plaintiff that it would not seek subrogation or a credit against future benefits. (See Exhibit A). Therefore, there is no longer a need to litigate this case, and Plaintiff hereby gives notice that he is dismissing it without prejudice.

Respectfully submitted,

/s/ Michael R. Cowen
S.D. Tex ID No. 19967
Texas Bar No. 00795306
COWEN | MASK | BLANCHARD
62 E. Price Road
Brownsville, TX 78521
Telephone: (956) 541-4981
Facsimile: (956) 504-3674
E-Mail for filing: efilings@cmbtrial.com
Personal E-Mail: michael@cmbtrial.com

ATTORNEY-IN-CHARGE
FOR PLAINTIFF ABEL PENA