**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **ABEL PENA** <br><br> **VS.** <br><br> **AMERICAN ZURICH INSURANCE COMPANY** | C.A. No.: 2:16-cv-00501 |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiff filed a Notice of Dismissal, seeking to dismiss this case without prejudice. Because Defendant has yet to answer, and has not filed a motion for summary judgment, Plaintiff has the right to dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i). Therefore, this case is hereby DISMISSED WITHOUT PREJUDICE.

Signed on _____, at Corpus Christi, Texas.

_____
UNITED STATES DISTRICT JUDGE