United States District Court
Southern District of Texas
**ENTERED**
November 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ABEL JAMES PENA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-00501 |
| | § | |
| AMERICAN ZURICH INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Dismissal (D.E. 3), the Court enters final

judgment dismissing this action without prejudice.

ORDERED this 29th day of November, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE